### Charles Rushing, Appellant, v. O. L. Bartlett, Appellee.

### (Not to be reported in full.)

Appeal from the Circuit Court of Pulaski county; the Hon. William N. Butler, Judge, presiding. Heard in this court at the March term, 1915. Reversed and remanded with directions. Opinion filed December 1, 1915.

## Statement of the Case.

Action by Charles Rushing, plaintiff, against O. L. Bartlett, defendant. From a judgment sustaining the defendant's demurrer to the declaration, the plaintiff appeals.

The declaration and demurrer being substantially the same as those in the case of *Reese v. Bartlett, ante,* p. 272, and the questions made and argued the same, the opinion filed therein was adopted herein.

Charles L. Rice and Fred Hood, for appellant.

Wall & Martin, for appellee.

Mr. Justice McBride delivered the opinion of the court.